UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 8:22-cv-00111-SDM-TGW

YADIRA MIRANDA,

     Plaintiff,

vs.

APOLLO ADVANCED
HOME HEALTH, CORP.,

     Defendants.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, Yadira Miranda, notifies the Court that the parties have settled their dispute and are in the process of negotiating and executing the written Settlement Agreement.

Dated this 10th day of February 2023.

Toussaint Cummings, Esq.
Toussaint Cummings, Esq. (119877)
toussaint@fairlawattorney.com
FAIRLAW FIRM
135 San Lorenzo Avenue
Suite 770
Coral Gables, FL 33146
Tel:   305.230.4884
*Counsel for Plaintiff*